IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Diane Marie Lewis, | : | |
| Plaintiff | : | Civil Action 2:10-cv-1166 |
| v. | : | Judge Smith |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

## OPINION AND ORDER

On October 3, 2011, the Magistrate Judge issued a report and recommendation that this matter be remanded to the administrate law judge for further proceedings. Objections to this Report and Recommendation were due by October 20, 2011.

Defendant has filed no objections to the Report and Recommendation.  Upon *de novo* review as required by 28 U.S.C. §636(b), the Court finds the Report and Recommendation well taken.  Accordingly, it (Doc. 23) is **ADOPTED**.  This matter is hereby **REMANDED** to the administrative law judge for further proceedings, which shall include a re-evaluation of the plaintiff's credibility and a reconsideration under the required sequential evaluation procedure of whether the plaintiff was under a disability, as set forth in the Report and Recommendation of October 3, 2011.

s/    George C. Smith
United States District Judge